902

No. 77–5353. MINCEY v. ARIZONA. Sup. Ct. Ariz. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. 

No. 76–1440. GOLDSTEIN v. UNITED STATES;

No. 76–6561. NIKOLORIC v. UNITED STATES; and

No. 76–6579. DEARDEN v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 546 F. 2d 622.

No. 76–1718. BEAME, MAYOR OF NEW YORK CITY, ET AL. v. FRIENDS OF THE EARTH ET AL.; and

No. 76–1737. CAREY, GOVERNOR OF NEW YORK, ET AL. v. FRIENDS OF THE EARTH ET AL. C. A. 2d Cir. Certiorari denied. Reported below: 552 F. 2d 25.

No. 76–1719. WASHINGTON MEDICAL CENTER, INC., ET AL. v. UNITED STATES. Ct. Cl. Certiorari denied. 

No. 76–1783. LEDEE v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 76–6744. TILLOTSON v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 76–6768. WOODS v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. 

No. 76–6779. NIEHAUS v. INDIANA. Sup. Ct. Ind. Certiorari denied. 

No. 76–6806. OLSON v. TEXAS. C. A. 5th Cir. Certiorari denied.

No. 76–6875. HIMMELWRIGHT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.